In the Matter of TARRENCE A., Appellant. MID-HUDSON FOREN-SIC PSYCHIATRIC CENTER, Respondent.

Submitted December 7, 2015; decided February 11, 2016

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot. Motion for poor person relief dismissed as academic.

Judge GARCIA taking no part.